# Exhibit A



Sign In    Sign Up

# About Us

## You're busy, so we'll keep this quick

### What is goPuff?

goPuff delivers food & drinks, cleaning supplies, home needs, OTC medication and more in just minutes.

### How does goPuff work?

We deliver all of your daily needs right to your door. We store 2,500+ products in your area's goPuff facility, so when you order, your stuff comes directly from us to you. We don't charge crazy surge pricing because we're not a courier service, and because we're delivering direct instead of picking it up from the store, we deliver fast. Our motto is: "Order in seconds, delivered in minutes."

### How much is goPuff?

$1.95 flat delivery fee. Every time.

### How late does goPuff deliver?

We're open 24/7 in most areas and late night everywhere else to bring you what you need, when you need it most.

(COVID-19) Resources & Updates    Learn more    ✕

  Sign In    Sign Up

### How did goPuff start?

Cofounders Rafael Ilishayev and Yakir Gola were sophomores at Drexel University in Philly when they decided that stocking their college townhouse with snacks and essentials was taking too much time & too many trips to the store on top of balancing school, work, friends & family. So they spent all night drafting mock-ups of the app on the back of their class notes. Three months later, they were delivering those same convenience items from the back of their Plymouth Voyager around campus. The service caught on, the name stuck & now 7 years, 200+ micro-fulfillment centers in 500+ cities and more than 3,000 employees later, our customers are ditching the store to get it goPuffed.

### What is goPuff's mission?

goPuff's mission is to make daily life effortless. goPuff provides the modern-day consumer's go-to solution for immediate everyday needs. We make delivering grocery, home, baby & pet essentials and OTC medications easy and affordable for everyone.

### How can I stay in touch?

Check back soon because we are always adding new products! In the meantime, follow us on Facebook, Instagram, Twitter, LinkedIn and YouTube, become a member of the Fam or read the latest on goPuff's blog.

| Company | Get to Know Us | Social | |
|---|---|---|---|
| About goPuff | Essentials | Instagram | Download on the App Store |
| goPuff FAQs | Food & Drink | Twitter | GET IT ON Google Play |

(COVID-19) Resources & Updates    Learn more    ✕

   Sign In    Sign Up

Partner & Affiliate Requests

Want to sample with goPuff?

Careers

Ambassador Program

Contact Us

Do Not Sell My Personal Information

**Locations**

Philadelphia

Chicago

Boston

Denver

Dallas - Fort Worth

Portland, OR

Baltimore

Richmond

Raleigh

Seattle

View All Locations

(COVID-19) Resources & Updates     Learn more     ✕



Sign In    Sign Up

| | | | |
|---|---|---|---|
| Dallas - Fort Worth | Tallahassee | Champaign | Fort Collins |
| Portland, OR | Houston | Miami | Fort Wayne |
| Baltimore | Cincinnati | Milwaukee | Greensboro |
| Richmond | Providence | Chapel Hill | Little Rock |
| Raleigh | Lansing | Cherry Hill | New Haven |
| Seattle | Lincoln | South Bend | Scottsdale |
| Pittsburgh | Omaha | Ames | Port Richey |
| Tucson | Orlando | Athens, GA | Detroit |
| Syracuse | Cleveland | Mesquite | South Bend |
| Atlanta | Ann Arbor | Norman | Blacksburg |
| Austin | Iowa City | St. Paul | Athens, OH |
| Minneapolis | San Antonio | Des Moines | View All |

Terms & Conditions        Privacy Agreement        © 2020 goBrands, Inc.

(COVID-19) Resources & Updates    Learn more    ✕