# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN NELSON, et al., | : | |
|     Plaintiffs, | : | No. 20-cv-5424-JMY |
| | : | |
| v. | : | |
| | : | |
| GOBRANDS, INC., et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 20th day of September, 2021, upon consideration of the Motion to Compel Arbitration and Stay Action Pending Arbitration filed by GB Logistics, LLC and Gobrands, Inc. (ECF No. 9), and all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. the Defendants' Motion to Compel Arbitration and Stay Action shall be GRANTED;

2. this case is STAYED until further court order and shall be placed in civil suspense pending final decision in arbitration;

3. Counsel shall file a joint status report within six (6) months of the date that this Order is entered on the docket and shall update the Court every six (6) months thereafter; and

4. Counsel shall file a joint status report upon completion of any arbitration proceeding to advise whether any further action by the Court is necessary.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge